UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRYKER SALES CORPORATION, a Michigan corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZIMMER BIOMET INC., an Indiana corporation, ZIMMER BIOMET CMF AND THORACIC, LLC, d/b/a BIOMET MICROFIXATION, LLC a Florida limited liability company, and TRAGUS SURGICAL, INC., a California corporation,<br><br>　　　　　Defendants. | Case No. 1:16-CV-01670-DAD-EPG<br><br>**ORDER ENTERING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Judge: Erica P. Grosjean |

Now before the Court is Plaintiff STRYKER SALES CORPORATION and Defendants ZIMMER BIOMET INC., ZIMMER BIOMET CMF AND THORACIC, LLC, d/b/a BIOMET MICROFIXATION, LLC, and TRAGUS SURGICAL, INC.'s Joint Stipulation to Continue Scheduling Conference pursuant to E.D. Local Rule 143(a)(1). After full consideration of the Joint Stipulation, the Court finds good cause exists to continue the Scheduling Conference currently set for February 9, 2017 at 9:00 a.m. until the Court's resolution of Defendant Tragus' Motion to Dismiss [Dkt. No. 29] and Plaintiff's Motion to Stay [Dkt. No. 33] and accordingly, GRANTS the Joint Stipulation.

///

IT IS THEREFORE ORDERED the Scheduling Conference, currently set for February 9, 2017 at 9:00 a.m., shall be continued to February 27, 2017 at 9:00 am.  A joint scheduling report is due one full week prior to the conference.  The Court grants telephonic appearances to any party wishing to so appear and directing each party to use the following dial-in number and passcode:  1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:  **January 30, 2017**                    /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE
36876385v.1