**SEYFARTH SHAW LLP**
Robert Milligan (SBN 217348)
rmilligan@seyfarth.com
Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

**SEYFARTH SHAW LLP**
Michael D. Wexler (admitted *pro hac vice*)
mwexler@seyfarth.com
Kristine R. Argentine (admitted *pro hac vice*)
kargentine@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Attorneys for Plaintiff*
*STRYKER SALES CORPORATION*

**FAEGRE BAKER DANIELS LLP**
Tarifa B. Laddon (SBN 240419)
tarifa.laddon@faegrebd.com
1990 South Bundy Drive, Suite 620
Los Angeles, California 90025
Telephone: (310) 500-2190
Facsimile: (310) 500-2091

**QUARLES & BRADY LLP**
Michael A. Rogers (admitted *pro hac vice*)
Michael.rogers@quarles.com
Joshua B. Fleming (admitted *pro hac vice*)
Josh.fleming@quarles.com
135 N. Pennsylvania Street
2400 BMO Building
Indianapolis, Indiana 46204
Telephone: (317) 9575000
Facsimile: (317)957-5020

*Attorneys for Defendants*
*ZIMMER BIOMET INC., ZIMMER*
*BIOMET CMF AND THORACIC, LLC,*
*d/b/a BIOMET MICROFIXATION, LLC,*
*and TRAGUS SURGICAL, INC.*

STIPULATION FOR DISMISSAL AND ORDER

38901994v.1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRYKER SALES CORPORATION, a Michigan corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZIMMER BIOMET INC., an Indiana corporation, ZIMMER BIOMET CMF AND THORACIC, LLC, d/b/a BIOMET MICROFIXATION, LLC a Florida limited liability company, and TRAGUS SURGICAL, INC., a California corporation,<br><br>　　　　　Defendants. | Case No.　1:16-cv-01670-DAD-EPG<br><br>**STIPULATION FOR DISMISSAL AND ORDER**<br><br>Judge:　　　Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their designated counsel that the above-captioned action (and Plaintiff's entire Complaint and all causes of action contained therein) be dismissed, with prejudice, pursuant to Rule, 41(a)(1) of the Federal Rules of Civil Procedure and a Confidential Settlement in *Stryker Sales Corporation v. Stephen Siroonian, et al.*, Case No. 1:15-cv-01161-RJJ-ESC.  Each party shall be responsible for its own attorneys' fees, costs and expenses.

Dated:  May 4, 2017　　　　　　　　　　　　　　　SEYFARTH SHAW LLP


　　　　　　　　　　　　　　　　　　　　　　　　　By:　 */s/ Robert B. Milligan*
　　　　　　　　　　　　　　　　　　　　　　　　　Robert B. Milligan
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff STRYKER SALES
　　　　　　　　　　　　　　　　　　　　　　　　　CORPORATION


*[signatures continued on next page]*

| | | |
|---|---|---|
| Dated: May 4, 2017 | | QUARLES & BRADY LLP |

By: <u>*/s/ Michael A. Rogers (as authorized on May 4, 2017)*</u>
Michael A. Rogers
Attorneys for Defendants ZIMMER BIOMET INC., ZIMMER BIOMET CMF AND THORACIC, LLC, d/b/a BIOMET MICROFIXATION, LLC, and TRAGUS SURGICAL, INC.

## **ORDER**

Based on the above stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **May 5, 2017**                    /s/ *Erin P. Grosjean*
                                                                  UNITED STATES MAGISTRATE JUDGE